JON M. SANDS
Federal Public Defender
District of Arizona
2285 S. 4ᵗʰ Avenue, Suite 2E
Yuma, Arizona 85364
Telephone: 928-314-1780

Jared H. Eggers
Az State Bar No. 031325
Asst. Federal Public Defender
Attorney for Defendant
Jared_Eggers@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Marco Antonio Espiricueta-Jimenez,<br><br>        Defendant. | CR-24-01971-01-PHX-DWL<br><br>No. 24-02541MJ<br><br>**GUILTY PLEA MEMORANDUM** |

The United States of America and the Defendant jointly assert that the Defendant understands that he is pleading guilty to the Information charging a violation of Title 8, United States Codes 1326 (a) Reentry of Removed Alien.

**<u>MAXIMUM PENALTIES FOR INSTANT OFFENSE</u>**

A violation of 8 U.S.C. § 1326(a), a Class E felony, is punishable by up to a maximum term of imprisonment of 2 years, a maximum fine of $250,000, or both imprisonment and a fine, and a term of supervised release of up to 1 year. If a sentencing enhancement under 8 U.S.C. § 1326(b)(1), a Class C felony, is applicable, then the maximum term of imprisonment is 10 years.

1
2
3
4

If the sentencing enhancement under 8 U.S.C. § 1326(b)(2), a Class C felony, is applicable, then the maximum term of imprisonment is 20 years.  A Class C felony is punishable by both imprisonment and a maximum fine of $250,000, and a term of supervised release of up to 3 years.

5

## ELEMENTS

6

### Reentry of Removed Alien

7

On or about October 18, 2024, in the District of Arizona:

8

1.  The defendant was an alien;

9
10

2.  The defendant had been previously denied admission, excluded, deported, or removed from the United States;

11
12

3.  The defendant knowingly and voluntarily reentered or was present after a voluntary entry and found in the United States in the District of Arizona; and

13
14
15
16

4.  The defendant did not obtain the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States prior to returning to the United States.

17

## FACTUAL BASIS

18
19
20
21
22
23

Defendant is not a citizen or national of the United States. He was removed from the United States through San Ysidro, California, on September 10, 2024. He was voluntarily present and found in the United States at or near San Luis Arizona, within the District of Arizona on October 18, 2024. He did not obtain the express consent of the United States government to reapply for admission to the United States prior to returning to the United States.

24

…

25

…

26

…

27
28

2

## **WAIVER OF RIGHTS**

Defendant has discussed the case and his constitutional and other rights with his attorney.  He understands that by entering his plea of guilty, he shall waive his rights to plead not guilty; to trial by jury; to confront, cross-examine, and compel the attendance of witnesses; to present evidence in his defense; to remain silent and refuse to be a witness against himself by asserting his privilege against self-incrimination; and to be presumed innocent until proven guilty beyond a reasonable doubt, all with the assistance of counsel.

## **DEFENSE ATTORNEY'S APPROVAL**

I have discussed this case with my client in detail and have advised the defendant of all matters within the scope of Fed. R. Crim. P. 11, the constitutional and other rights of an accused, the factual basis for and the nature of the offense to which the guilty plea will be entered, possible defenses, and the consequences of the guilty plea including the maximum statutory sentence possible. I have discussed the concept of the advisory Sentencing Guidelines with the defendant.


December 20, 2024                    *s/Jared H. Eggers*
Date                                 Jared H. Eggers
                                     Attorney for Defendant

…

…

…

…

3

## **UNITED STATES' APPROVAL**

I have reviewed this matter on behalf of the United States and I agree the information contained herein is accurate.

GARY M. RESTAINO
United States Attorney
District of Arizona


December 20, 2024          *s/Louis Uhl*
Date                       Louis Uhl
                           Assistant U.S. Attorney

4