## UNITED STATES DISTRICT COURT OF ARIZONA – PHOENIX

| | |
|---|---|
| **United States District Judge:** Sharad H. Desai | **Date:** March 17, 2025 |
| **USA v. Marco Antonio Espiricueta-Jimenez** | **Case Number:** CR-24-01971-001-PHX-SHD |

To:  United States Marshal Service:

Re:  CR-24-01971-001-PHX-SHD

Presiding Judge:  Sharad H. Desai, United States District Judge

**The United States Marshal is authorized to release:**

**Defendant:  Marco Antonio Espiricueta-Jimenez (USMS# 42282-511)**

From custody pursuant to the court hearing held this date:

        Bureau of Prisons Plus Credit for Time Served

        Bond

**X**    Time Served

        Probation or Supervised Release

        Dismissal

        Special Assessment Payable:

Debra D. Lucas, DCE/Clerk of Court

BY:  s/Robert Vasquez, Deputy Clerk

March 17, 2025
Date

Copy provided to USMS by email on **3/17/2025**.